DURKIN *v.* HEWLETT, receiver.

GILBERT, J. No final judgment appears in the record, and none is specified in the bill of exceptions. On motion the writ of error is dismissed. *Walker* v. *Walker,* 147 *Ga.* 614 (95 S. E. 10); *Wood* v. *Wood,* 147 *Ga.* 808 (95 S. E. 677).

　　　　　　　　　*Writ of error dismissed. All the Justices concur.*
　　　　　　　No. 1069.　DECEMBER 12, 1918.

Writ of error; from Evans. Motion to dismiss.

*P. M. Anderson,* for plaintiff in error. *W. R. Hewlett,* contra.